ATTORNEY GRIEVANCE COMMISSION   \*     IN THE
    OF MARYLAND                 \*
200 Harry S. Truman Parkway, Suite 300   \*     COURT OF APPEALS
Annapolis, Maryland 21401           \*
                              \*     OF MARYLAND
        *Petitioner*             \*
                              \*     Misc. Docket AG
v.                             \*
                              \*     No. 106
JOSEPH IGNATIUS TIVVIS, JR.         \*
                              \*     September Term, 2016
                              \*
                              \*
        *Respondent*           \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court of Appeals of Maryland, having considered the Joint Petition for Disbarment by Consent filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Joseph Ignatius Tivvis, Jr., it is this _20th_ day of April, 2017;

ORDERED, that Joseph Ignatius Tivvis, Jr., be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland for violating Maryland Lawyers' Rules of Professional Conduct 1.4, 1.15, 1.16(a) and (d), 8.1(b) and 8.4(b) and (c); and it is further

ORDERED, that the Clerk of this Court shall strike the name of Joseph Ignatius Tivvis, Jr., from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify the fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State.

                            /s/ Clayton Greene Jr.
                            Senior Judge